**Fill in this information to identify the case:**

Debtor 1  Rick H Hartke

Debtor 2  Cathy A Hartke
(Spouse, if filing)

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number  18-01035

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURE TRUSTEE FOR THE CWABS REVOLVING HOME EQUITY LOAN ASSET BACKED NOTES, SERIES 2004-T

**Court claim no.** (if known): 8

**Date of payment change:**
Must be at least 21 days after date of this notice: 11/25/2020

**Last 4 digits** of any number you use to identify the debtor's account: 9274

**New total payment:** $ 770.05
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   - ☒ No
   - ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ _____    New escrow payment: $ _____

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**
   - ☒ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____ %    New interest rate: _____ %
   Current principal and interest payment: $ _____    New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   - ☐ No
   - ☒ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
     (*Court approval may be required before the payment change can take effect.*)
     Reason for change: NUMBER OF DAYS IN BILLING CYCLE HAS CHANGED

   Current mortgage payment: $ 765.50    New mortgage payment: $ 770.05

Official Form 410S1         Notice of Mortgage Payment Change         page 1

Debtor 1  Rick H Hartke
          First Name    Middle Name    Last Name

Case number *(if known)* 18-01035

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Shanna Artis
Signature

Date 11/02/2020

Print: Shanna Artis

Title: Assistant Vice President

Company: Bank of America

Address: 4161 Piedmont Parkway
Number    Street

Greensboro, NC  27410
City    State    ZIP Code

Contact phone (336) 854-6329

Email shanna.artis@bofa.com

# UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS ( EASTERN DIVISION DIVISION)

Chapter: 13 No. 18-01035

In re:          Judge: DEBORAH L. THORNE

Rick H Hartke

Cathy A Hartke

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that on 11/02/2020, I have served a copy of this Notice and all attachments to the following by U.S. Mail, postage pre-paid, or via filing with the US Bankruptcy Court's CM ECF system.

By U.S. Postal Service First Class Mail Postage Prepaid:

Debtor:     Rick H Hartke
3 Alton Rd
Prospect Heights, IL 60070-2602

Co-Debtor:     Cathy A Hartke
3 Alton Rd
Prospect Heights, IL 60070-2602

Debtor's Attorney:     DAVID H CUTLER
4131 Main St
Skokie, IL 60076-2780

Trustee:     MARILYN O MARSHALL
224 S Michigan Ave Ste 800
Chicago, IL 60604-2503

/s/ Irene Zhao

LCI
(as Authorized Agent for Bank of America N.A.)
111 Anza Blvd Suite 310
Burlingame, CA 94010
650.342.9486 (x250)
izhao@lciinc.com